# United States Court of Appeals for the Federal Circuit

_____

**JAZZ PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

_____

2024-2274

_____

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00691-GBW, Judge Gregory Brian Williams.

-------------------------------------------------

**JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellees*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

_____

2024-2277

_____

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01138-GBW, Judge Gregory Brian Williams.

-------------------------------------------------

**JAZZ PHARMACEUTICALS, INC., JAZZ**

**PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellees*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

_____

2024-2278

_____

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01594-GBW, Judge Gregory Brian Williams.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

May 6, 2025
Date

Jarrett B. Perlow
Clerk of Court